# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JERMYCAL J. BOWENS | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:09MJ320/EMT<br><br>**Waived**<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 320.07(3) and 32 C.F.R. § 210 | Driving With an Expired Registration | 10/4/09 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.  (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 50.00 | N/A |

Date of Imposition of Sentence - 11/18/09

_Elizabeth M. Timothy_
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 11-23-09

Rec'd1123*09UsDcFln3PM0417